# Exhibit C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: SFR

A746332935

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jackson  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JACKSON SUAZO
C. Date of Delivery: 1/6/25

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

FC 3007065964

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 9489 5069 9071 89

2. Article Number (Transfer from service label)
0710 5270 3112 3163 56

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt