CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MARTHA A. BOERSCH (CABN 126569)
Chief, Criminal Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6996
    Facsimile: (415) 436-6927
    Benjamin.wolinsky@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JACKSON ESTEFANO SUAZO-TINOCO, <br><br> Defendant. | CASE NO. 3:25-CV-07352-CRB <br><br> **DISMISSAL WITHOUT PREJUDICE** |

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff United States of America hereby voluntarily dismisses all claims asserted in its Complaint, and does so without prejudice.

Date: November 28, 2025                Respectfully submitted,

                                              CRAIG H. MISSAKIAN
                                              United States Attorney

                                              */s/ Ben Wolinsky*
                                              BENJAMIN J. WOLINSKY
                                              Assistant United States Attorney

                                              Attorneys for the United States of America